IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON LEE WRIGHT,

    Plaintiff,

v.

SAUK COUNTY SHERIFF DEPT. OF
CORRECTIONS, ET AL.,

    Defendants.

ORDER

Case No. 16-cv-119-bbc

    Plaintiff Jason Lee Wright, an inmate in the custody of the Sauk County Jail, has filed a proposed civil complaint. Plaintiff has requested leave to proceed without prepayment of the filing fee, and submitted an uncertified transaction statement for the period of October 9, 2015 to January 18, 2016 to support his request. This statement is insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a *certified* copy of his account statement and the statement does not cover the most recent month of plaintiff's financial transaction history (January 18, 2016 to February 18, 2016). For this case to proceed, plaintiff must submit the complete, certified account statement no later than March 25, 2016. Once the necessary statement has been submitted, I will calculate the initial partial payment and advise plaintiff of the amount due before the court can screen the merits of the complaint.

ORDER

    IT IS ORDERED that plaintiff Jason Lee Wright may have until March 25, 2016 to submit a certified trust fund account statement for the period beginning approximately October 9, 2015 and ending approximately February 18, 2016. If, by March 25, 2016,

1

plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 2nd day of March, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge