IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON LEE WRIGHT,

    Plaintiff,                                    ORDER

  v.

                                                           Case No. 16-cv-119-bbc

SAUK COUNTY SHERIFF DEPT OF
CORRECTIONS, et al.

    Defendants.

Plaintiff Jason Lee Wright has submitted a certified inmate trust fund account statement for the six month period preceding the complaint in support of the pending motion to proceed without prepayment of the filing fee. Accordingly, the court must determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the $350.00 fee for filing this case.

In determining whether a prisoner litigant qualifies for indigent status this court applies the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I calculate plaintiff's initial partial filing fee to be $15.00. For this case to proceed, plaintiff must submit this amount on or before April 15, 2016.

ORDER

IT IS ORDERED that,

1.     Plaintiff Jason Lee Wright is assessed $15.00 as an initial partial payment of the $350.00 fee for filing this case. Plaintiff is to submit a check or money order made

payable to the clerk of court in the amount of $15.00 or advise the court in writing why plaintiff is not able to submit the assessed amount on or before April 15, 2016.

2.  If, by April 15, 2016, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

3.  No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 24th day of March, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge