IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JASON LEE WRIGHT,

    Plaintiff,

v.

SAUK COUNTY SHERIFF DEPT OF CORRECTIONS, et al.,

    Defendants.

ORDER

Case No. 16-cv-119-bbc

---

On March 24, 2016, this court entered an order directing plaintiff Jason Lee Wright to submit, by April 15, 2016, an initial partial payment of the filing fee in the amount of $15.00. On April 7, 2016, plaintiff submitted a letter in which he says that he lacks sufficient funds to pay the assessed initial partial payment of the filing fee, which I will construe as a motion to waive payment of the initial partial filing fee.

Plaintiff's request will be denied. A review of plaintiff's inmate account statement shows that he has received several deposits preceding the filing of his complaint. With an enlargement of time, plaintiff may be able to pay his initial partial fee. Plaintiff may have until May 3, 2016 to pay his $15.00 initial partial payment. If plaintiff has not received any deposits since the end date of his last trust fund statement, he may submit a new certified account statement to show that no deposits have been made to his account.

ORDER

IT IS ORDERED that plaintiff Jason Lee Wright's request to waive the initial partial filing fee, dkt #8, is DENIED without prejudice. Plaintiff may have until May 3, 2016, to submit a check or money order made payable to the clerk of court in the amount of $15.00.

If plaintiff fails to respond to this order, or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing this case at a later date.

Entered this 12th day of April, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge