IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON LEE WRIGHT,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-119-bbc

v.

SAUK COUNTY SHERIFF DEPT. OF
CORRECTIONS, et al.

        Defendants.

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 7/13/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |